## CARTER *v.* CRUME.

Action for use and occupation, and other money demands on contract. It was
proved that by contract between the parties, the plaintiff was to be compensat-
ed for the use and occupation, by the delivery of specific articles to him by the
defendant, and that they had been delivered pursuant to the contract. The
residue of the plaintiff's demands not amounting, according to the evidence,
to 50 dollars, judgment was rendered for the plaintiff for a sum less than 50
dollars, and against him for costs. *Held*, under the R. S. 1852, that the
judgment for costs was right.

APPEAL from the *Decatur* Court of Common Pleas.    <span>*Saturday,*<br>*December* 8.</span>
    PERKINS, J.— *Carter* sued *Crume* for the use and occu-
pation of certain land, and for failing to pay the agreed
amount of produce for the use and occupation of land, and
for the value of certain lumber.

*Crume* answered that he did deliver the agreed amount
of produce for the use and occupation of the land men-
tioned, and he denied each and every allegation in the
complaint. He also filed a bill of particulars of an ac-
count claimed as a set-off. The cause was tried, and a
judgment was rendered for the plaintiff for a fraction over
24 dollars, and against him for the costs. He appeals to

this Court to obtain a reversal of the judgment against him for costs, and nothing more.

The plaintiff proved on the trial the use and occupation of the land mentioned in his complaint, and some other items, the value of all of which was over 50 dollars. The defendant proved that the land was occupied under a special contract, and that he had paid for the use of the land in the manner specified in the agreement, so that that part of the suit was disposed of.

The plaintiff did not show a claim, over and above the use of the land, of the value of 50 dollars, and hence the Court rendered judgment against him for costs. That was right. The statute is, (2 R. S. 126,) that—

"In actions for money demands on contract, commenced in the Circuit Court or Court of Common Pleas, if the plaintiff recover less than 50 dollars, exclusive of costs, he shall pay costs, unless the judgment has been reduced below 50 dollars by a set-off or counter-claim, pleaded and proved by the defendant, in which case the party recovering judgment shall recover costs. When the judgment is reduced below 50 dollars by proof of payments, the defendant shall recover costs."

Now, in this case, the judgment was reduced below 50 dollars by proof, on the part of the defendant, that he had delivered to the plaintiff the specific things he was, by the contract, to deliver to him as compensation for the use and occupation of the land mentioned in the suit. That was payment.

*Per Curiam.*—The judgment is affirmed with costs.

*J. S. Scobey* and *W. Cumback*, for the appellant.

*B. W. Wilson*, for the appellee.